UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:11CR73-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRENDA TRIPLETT, ) | |
|       Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the Defendant Brenda Triplett, filed May 6, 2014. (Doc. 722).

Defendant Triplett, through counsel, requests a two-hour visit with her terminally ill former spouse, Mr. Jerry Triplett. Specifically, Defendant proposes in her motion that such a visit occur at a family member's residence located at 166 Forrester Lane, North Wilkesboro, North Carolina. Defendant, who pled guilty to conspiring to possess with intent to distribute and to manufacture methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1), is currently in federal custody pending sentencing. The Government filed a written response on May 8, 2014 indicating that the prosecution does not oppose the Defendant's request. (Doc. 723).

**IT IS, THEREFORE, ORDERED** that pursuant to the instant Order, the U.S. Marshal's Service is hereby authorized to transport Defendant from the Catawba County Jail to 166 Forrester Lane, North Wilkesboro, North Carolina, for a visit with Mr. Triplett, <u>up to two hours</u>, consistent with existing policy of the U.S. Marshal's Service, and contingent upon the following conditions being met:

    1) Defendant shall remain in the physical and actual custody of the U.S. Marshal's Service, or contracting law enforcement officials, at all times - including during Defendant's actual visit with Mr. Triplett;

2) The U.S. Marshal's Service must be confident that transporting Defendant to the suggested residence of Mr. Triplett's caretaker will not present any insurmountable security concern and can be accomplished consistent with the policies and procedures of that agency; and

3) The costs of transporting Defendant, including mileage and labor, must be paid to the U.S. Marshal's Service in advance on Defendant's behalf (by any family member or interested party), in the amount determined by the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Deputy Clerk shall forward a copy of this Order to the U.S. Marshal's Service, U.S. Attorney, U.S. Probation, Defense Counsel, and Defendant.

Signed: May 9, 2014

Richard L. Voorhees
United States District Judge